**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Tiantian Wang,<br>Petitioner,<br>v.<br>John E Cantu, et al.,<br>Respondents. | No. CV-26-10492-PHX-JZB<br>**ORDER** |

Pending before the Court is Petitioner's "Motion Under Rule 59(e) to Amend the Judgment[.]" (Doc. 13.) In the Motion, Petitioner requests the Court reconsider—in part—its order granting Petitioner's Petition in part and denying it in part as moot. *See* (*id.*) Specifically, Petitioner avers that, contrary to Respondents' previous assertions in a signed filing in this action, that her ankle monitor has not been removed. *See* (*id.*) In support of this assertion, Petitioner provides: (a) a declaration signed by her; (b) a declaration signed by her attorney; and (c) a photograph of her with an ankle monitor on her person. *See* (*id.* at 6–11.)

The Court shall require Respondents to respond to the instant Motion. In their Response, Respondents shall provide an explanation regarding the apparent factual inaccuracy in their Status Update (doc. 10) pertaining to the removal of Petitioner's ankle monitor.

//

//

Accordingly,

**IT IS ORDERED** that Respondents shall respond to Petitioner's Motion Under Rule 59(e) to Amend the Judgment (doc. 13) on or before **DECEMBER 2, 2026**. In their response, Respondents shall provide an explanation regarding the apparent factual inaccuracy in their Status Update (doc. 10) pertaining to the removal of Petitioner's ankle monitor.

Dated this 25th day of November, 2026.

Honorable John Z. Boyle
United States Magistrate Judge